# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Baker Hughes Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Thor's Oil Products, Inc., et. al., | ) | Case No. 4:15-cv-151 |
| | ) | |
| Defendants. | ) | |

On December 20, 2016, plaintiff filed a Notice of Dismissal without Prejudice as to Dong Shen Lu. On February 1, 2017, plaintiff filed an "Unopposed Motion to Enter Consent Amended Permanent Injunction and Final Judgment" and proposed "Amended Permanent Injunction and Final Judgment." Therein plaintiff advised that it had reached a settlement with the remaining defendants, Michael Uhyrn and Thor's Oil Products, Inc. It further advised that the parties' settlement agreement provides in relevant part that Michael Uhyrn and Thor's Oil Products, Inc. agree to the terms set forth in the proposed "Amended Permanent Injunction and Final Judgment."

More than fourteen days have lapsed since plaintiff filed its motion. Neither Michael Uhyrn nor Thor's Oil Products, Inc. have filed a response or otherwise objected to issuance of an amended permanent injunction and final judgment as proposed by plaintiff. See D.N.D. Civ. L.R. 7.1(F) ("An adverse party's failure to serve and file a response to a motion may be deemed an admission that the motion is well taken.").

The court **DISMISSES** plaintiff's claims as to Dong Shen Lu without prejudice and **GRANTS** plaintiff's motion (Docket No. 36). The court shall issue a separate Amended Permanent Injunction and Final Judgment.

1

**IT IS SO ORDERED**.

Dated this 21st day of February, 2017.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court